~~EX PARTE EMERGENCY MOTION~~
COMPLAINT
_____

04 10533 DPW

On Oct 1988 Michael Capizzo and Winchendon Savings Bank became bound by all the terms and conditions of a note and mortgage for $250,000 for the purpose of acquiring 6 acres of land in Lincoln, Mass and the funds to construct a new house. On August 19 1992 Winchendon was declared insolvent and the FDIC appointed receiver. The original lender all subsequent holders of the note did not have an understanding of or chose to ignore the terms and conditions of the original or modified documents in the note and mortgage. The note was never properly amortized, tax escrow funds were never disbursed, principal and interest charges were never consistent with either the original note or the 6% modification.

- 3 -

OR ENJOIN

Emergency motion to stay eviction of Michael and Catherine Capizzi 236 Lincoln Rd. Lincoln, Mass. pending review of motion for relief from judgement under Rule 60(b)(1)-(3) of Judge Woolock's decision to allow default judgement in favor of Statey Resources Corp. with prejudice in the amount of $875,203.38

An execution on the evicition was issued by the Concord District Court a notice has been served by the constable that she will levy upon said execution on Wednesday March 17, 2004 at 12:00 noon. (See copy attachment exhibit A). The eviction judgement was

rendered following an illegal foreclosure sale by States Resources. The foreclosure was predicated on fraudulent affidavit of States Resources presented to this court, the US Bankruptcy court and the Concord District court.

Furthermore States Resources intentionally ignored mortgagor's request to reinstate the mortgage as cited in the mortgage.

Upon refusal of the note holder to reinstate the mortgage Michael Chpizzi filed a chapter 11 bankruptcy petition which was immediately dismissed which allowed the sale to take place while I was out of

STATE OO BUSINESS.

The winning bidders (Kevin Duffy) attorney contacted my office to discuss the bizarre circumstances preceding the auction. I apprised him that I was not in default at the time of the sale and I offered to meet with him. Within a few days but prior to the closing the buyer Kevin Duffy contacted me to discuss the same matters. However both stated that Duffy was buying the home for 20% of its true value it was the worth risk.

-5-

ATTACHED AS EXHIBIT B IS AN ACCOUNTING RECAST OF THE NOTE AND MORTGAGE. MR JOHN MCGONIGLE LIVINGSTON + HAINES P.C. 40 GROVE ST WELLESLEY, MASS. (SEE ATTACHED)

WHEREFORE MICHAEL AND CATHERINE CAPIZZI REQUEST THIS HONORABLE COURT TO ENJOIN THE EXECUTION OF THE EVICTION FROM THEIR PREMISES AT 236 LINCOLN RD, LINCOLN, MASS. PENDING REDETERMINATION OF THE DEFAULT JUDGEMENT AND RESULTING FORECLOSURE.

*Michael Capizzi*

781-259-0918

DATED MARCH 16, 2004

MICHAEL CAPIZZI PRO SE
236 LINCOLN RD
LINCOLN, MASS
01773