DISTRICT OF MASSACHUSETTS

Michael Capizzi
and Catherine R. Capizzi

vs.

Status Resources Corporation
and Kevin Duffy

Civil No.

04 10533 DPW

FILING FEE PAID:
RECEIPT # 54605
AMOUNT $ 150.00
BY DPTY CLK
DATE 3/16/04

EX PARTE EMERGENCY MOTION TO ENJOIN EXECUTION ON EVICTION

Plaintiffs move this Honorable Court to temporarily enjoin the execution of the eviction on their home at 236 Lincoln Street, Lincoln, Massachusetts scheduled to occur on Wednesday, March 17, 2004 at 12:00 Noon.

The grounds for this request, as described in greater detail in the Complaint filed herewith, are that Status Resources obtained a default judgment from this Court and subsequently sold the premises to Kevin Duffy through a fraudulent foreclosure sale for less than 30% of the value although Kevin Duffy was informed prior to the sale of the illegality and fraud. Kevin Duffy subsequently obtained judgment for an eviction which will be levied upon tomorrow at 12 Noon unless a preliminary injunction is granted.

Plaintiffs will suffer irreparable injury if the execution on the eviction occurs and there is no adequate remedy at law.

Michael Capizzi, pro se