UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.
04-10533-DPW

MICHAEL CAPIZZI and CATHERINE CAPIZZI,
    Plaintiffs
v.

STATE RESOURCES CORP. and KEVIN DUFFY,
    Defendants

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(i), Michael Capizzi and Catherine Capizzi, the plaintiffs herein, voluntarily dismiss without prejudice the above-entitled action as to all defendants herein.

_____
Michael Capizzi

_____
Catherine R. Capizzi

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of above document was served upon each of the defendants by mail on the date set forth below.

Date: June  , 2004

_____
Michael Capizzi